Richard E. MARINE, Appellant, v. Conway P. COE, Commissioner of Patents.

No. 7737.

United States Court of Appeals for the District of Columbia.

Decided Nov. 3, 1941.

Rehearing Denied Dec. 3, 1941.

Charles S. Grindle, of Washington, D. C., and David Rines, of Boston, Mass., for appellant.

W. W. Cochran and H. S. Mackey, both of Washington, D. C., for appellee.

Before MILLER, VINSON and RUTLEDGE, Associate Justices.

PER CURIAM.

Affirmed upon the findings of fact, conclusions of law, and opinion of the District Court, 32 F.Supp. 236.